

# MEMORANDUM OPINION

No. 04-10-00400-CV

**IN RE** Alan **URESTI**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: June 2, 2010

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On May 21, 2010, relator filed a petition for writ of habeas corpus. The court has considered relator's petition for writ of habeas corpus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 95CI13445, *styled In the Interest of J.V.U.*, in the 288th Judicial District Court, Bexar County, Texas, the Honorable Sol Casseb III presiding. However, relator complains about various orders signed by the following judges: the Honorable Andy Mireles (deceased), former presiding judge of the 73rd Judicial District Court, Bexar County, Texas; the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas; the Honorable Martha Tanner, presiding judge of the 166th Judicial District Court, Bexar County, Texas; the Honorable Richard E. Price, former presiding judge of the 408th Judicial District Court, Bexar County, Texas; the Honorable Delia E. Carian, associate judge of the Child Support Court, Bexar County, Texas; the Honorable Karen Pozza, presiding judge of the 407th Judicial District Court, Bexar County, Texas.